```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| OLAF SUTTON, | : | CIVIL ACTION |
| | : | NO. 11-7005 |
|     Plaintiff, | : | |
| | : | |
|       v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | |
| | : | |
|     Defendants. | : | |

### O R D E R

**AND NOW**, this **20th** day of **May, 2014,** for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

(1) Plaintiff's claims for injunctive or declaratory relief are **MOOT**;

(2) Aramark Defendant's Motion for Summary Judgment (ECF No. 59) is **GRANTED in part** and **DENIED in part** as set forth below;

    (a) Defendant's Motion is **GRANTED** as to Plaintiff's claims under the First Amendment and RLUIPA;

    (b) Defendant's Motion is **GRANTED** as to Plaintiff's Equal Protection Clause claim against Flaherty in his official capacity;

    (C) Defendant's Motion is **DENIED** as to Plaintiff's claims under the Equal Protection Clause as to

Aramark and Flaherty in his individual capacity;

     (3)  City of Philadelphia's Motion for Partial Summary Judgment is **GRANTED**;

     (4)  Counts III, IV, and V of the Amended Complaint are **DISMISSED**;

     (5)  Counts I, II, and VI may proceed to the extent they seek monetary damages under the Equal Protection Clause.

**IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,   J.**