```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

```
OLAF SUTTON,                       :    CIVIL ACTION
                                   :    NO. 11-7005
     Plaintiff,                    :
                                   :
        v.                         :
                                   :
CITY OF PHILADELPHIA et al.,       :
                                   :
     Defendants.                   :
```

### O R D E R

**AND NOW**, this **27th** day of **March, 2015,** for the reasons stated in the accompanying memorandum opinion, it is hereby **ORDERED** as follows:

(1) Aramark Defendants' Motion for Summary Judgment (ECF No. 59) is **GRANTED**;

(2) City of Philadelphia Defendants' Motion for Partial Summary Judgment (ECF No. 60) is **GRANTED**; and

(3) All claims against Defendants are **DISMISSED** and the Clerk shall mark the case **CLOSED.**

**AND IT IS SO ORDERED.**

/s/ Eduardo C. Robreno
**EDUARDO C. ROBRENO,    J.**